## (November 14, 1972)

■   ROSE SLIVKA, Appellant, v. DAVID SLIVKA, Respondent.— Order, Family Court of the State of New York, New York County, entered on March 30, 1972, unanimously affirmed, **without costs and without** disbursements; and appeal from order of said **court entered on May 11,** 1972, unanimously dismissed,

without costs and without disbursements. No opinion. Concur—McGivern, J. P., Nunez, Steuer, Tilzer, Capozzoli, JJ.